UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
AT FORT SMITH

| | |
|---|---|
| WORKING CONCEPTS, INC., an Oregon corporation<br><br>Plaintiff,<br><br>v.<br><br>TRAXION INC, an Arkansas Corporation, dba Traxion Engineered Products,<br><br>Defendant. | Civil Case No. 17-2005<br><br>**COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION**<br><br>**TRADEMARK CASE**<br><br>**JURY TRIAL REQUESTED** |

Plaintiff Working Concepts, Inc. (Working Concepts), for its Complaint against defendants alleges as follows:

**Allegations Common to All Claims for Relief**

**A. Jurisdiction and Venue**

1. The claims for trademark infringement and unfair competition arise under the Lanham Trademark Act, as amended, 15 U.S.C. §1051 *et seq.*, alleging the unauthorized use in interstate commerce of distinctive marks and false designations of origin. The Court has

COMPLAINT - 1
Case No.

CHERNOFF VILHAUER LLP
111 SW Columbia Street, Suite 725
Portland, OR 97201
Phone: (503) 227-5631
Fax (503) 228-4373
Email: sdp@chernofflaw.com

jurisdiction over the subject matter of these claims pursuant to 15 U.S.C. § 1121 and 28 U.S.C. § 1331 and § 1338(a).  The Court has jurisdiction over the Oregon statutory claim and the common law claims pursuant to 28 U.S.C. § 1367.

2. Venue is proper within the Western District of Arkansas Court pursuant to 28 U.S.C. §§ 1391(b) and 1400(a).

## B. Introduction

3. This case concerns the concerted and systematic infringement of trademarks owned by Working Concepts.  Upon information and belief, Defendant is engaged in the manufacture, promotion, distribution, sale, and offer for sale of products incorporating trademarks owned by Plaintiff, including but not limited to cushioning pads capable of protecting a person's knees when kneeling.  Working Concepts filed this action to combat the willful and unauthorized use of its well-known, exclusive trademarks.  Despite previous service of two cease and desist letters, Defendants' ongoing and unauthorized activity continues.

## C. Plaintiff Working Concepts

4. Working Concepts is a corporation duly organized and existing under the laws of the state of Oregon, having its principal place of business in Gresham, Oregon.

5. Working Concepts has been in the business of merchandising, supplying and selling high quality knee-cushioning products since June 1997.

6. Working Concepts is the owner of well-known registered U.S. trademarks and international trademarks which serve to distinguish Working Concepts' products and services, including:

COMPLAINT - 2
Case No.

CHERNOFF VILHAUER LLP
111 SW Columbia Street, Suite 725
Portland, OR 97201
Phone: (503) 227-5631
Fax (503) 228-4373
Email: sdp@chernofflaw.com

- U.S. Reg. No. 4,674,955 for the mark HANDY MAT covering "kneeling cushion[s] made of Nitrile Butadiene Rubber (NBR) Polyvinyl Chloride (PVC) to be used by workers performing tasks at a fixed workstation"

- U.S. Reg. No. 4,674,725 for ERGOKNEEL & Design covering "kneeling cushion[s] made of Nitrile Butadiene Rubber (NBR) Polyvinyl Chloride (PVC) to be used by workers performing tasks at a fixed workstation"

("Working Concepts Trademarks"). Copies of these registrations are attached hereto as Exhibit A.

7. Working Concepts Trademarks have been used continuously for over ten years. Each year Working Concepts spends a substantial amount to develop and maintain the considerable goodwill it enjoys in its trademarks and in its reputation for high quality products.

8. Working Concepts asserts herein that Defendant is infringing the distinctive character of Working Concepts Trademarks.

9. As a result of advertising and sales, together with longstanding consumer acceptance, Working Concepts Trademarks identify Working Concepts' products and authorized sales of these products.

**D. Defendant**

10. Plaintiff is informed and believes, and upon that basis alleges, that Defendant Traxion Inc, dba Traxion Engineered Products, ("Traxion") is an Arkansas corporation with its principal place of business in Van Buren, Arkansas, and that Traxion promotes, distributes, sells, and offers for sale infringing products at 517 South 28th Street, Van Buren, AR 72956.

COMPLAINT - 3
Case No.

CHERNOFF VILHAUER LLP
111 SW Columbia Street, Suite 725
Portland, OR 97201
Phone: (503) 227-5631
Fax (503) 228-4373
Email: sdp@chernofflaw.com

### E. Defendants' Infringing Activities

11. Upon information and belief, long after Working Concepts' adoption and use of Working Concepts Trademarks, Defendant adopted and used, without Working Concepts' consent, a substantially identical likeness of the Working Concepts Trademarks in connection with the advertising, display, distribution, promotion, sales and/or offering for sale of cushioning pads capable of protecting a person's knees when kneeling, using Working Concepts Trademarks (hereinafter "Defendant's Infringing Uses"). Attached hereto as Exhibit A are photographs from Defendant's website and photographs of products sold by Defendant, each showing use of Plaintiff's HANDY MAT trademark and the design of the ERGOKNEEL and Design trademark on goods that directly compete with Working Concept products.

12. Defendant has caused the infringing products and services to enter into commerce and to be transported or used in commerce.

13. Defendant is not licensed by Working Concepts and at all relevant times was not authorized by Working Concepts, nor any agent of Working Concepts, to advertise, display, distribute, sell and/or offer for sale any products or services using Working Concepts Trademarks.

14. Defendant was twice served with written notice to cease its unauthorized activities, but as of the date of filing this Complaint Defendant has not ceased use of the Working Concepts Trademarks.

15. Defendant is currently engaged in such uses and, unless enjoined by this Court, will continue such unauthorized uses.

COMPLAINT - 4
Case No.

CHERNOFF VILHAUER LLP
111 SW Columbia Street, Suite 725
Portland, OR 97201
Phone: (503) 227-5631
Fax (503) 228-4373
Email: sdp@chernofflaw.com

16. By engaging in this conduct, Defendant has acted in willful disregard of Working Concepts' Trademarks and of laws protecting Working Concepts' goodwill and related proprietary rights and has confused and deceived, or threatened to confuse and deceive, the consuming public concerning the source and sponsorship of Defendant's products. By its wrongful conduct, Defendant has traded upon and diminished Working Concepts' valuable goodwill in and to the Working Concepts Trademarks.

### FIRST CLAIM FOR RELIEF
### (Federal Trademark Infringement)

17. Working Concepts repeats and re-alleges all of the allegations contained in paragraphs 1 through 17, inclusive, as though fully set forth herein.

18. Working Concepts' claim arises under Section 32 of the Lanham Act, 15 U.S.C. § 1114.

19. Defendant's advertising, display, distribution, promotion, sale and/or offer for sale of products using Working Concepts Trademarks is likely to cause confusion or to cause mistake or to deceive the relevant public and trade regarding the affiliation, sponsorship, endorsement or approval by Working Concepts of Defendant's Infringing Uses.

20. Such confusion, mistake and deception is aggravated by the confusing similarity between Working Concepts Trademarks and the use by Defendant of identical or near identical likenesses of marks in connection with the same type of goods made and sold by or under the authority of Working Concepts.

21. Working Concepts is informed and believes and, upon that basis alleges, that Defendant acted with knowledge of Working Concepts Trademarks and of the valuable

COMPLAINT - 5
Case No.

CHERNOFF VILHAUER LLP
111 SW Columbia Street, Suite 725
Portland, OR 97201
Phone: (503) 227-5631
Fax (503) 228-4373
Email: sdp@chernofflaw.com

goodwill Working Concepts enjoys in connection therewith, with intent to confuse, mislead and deceive the public into believing that Defendant's sales and related activities under those trademarks were by Working Concepts, or were in some other manner approved or endorsed by Working Concepts.

22. Working Concepts has suffered and continues to suffer damages as a result of Defendants' acts and trademark infringement in amounts thus far not determined but within the jurisdiction of this Court. In order to determine the full extent of such damages, including such profits as may be recoverable under 15 U.S.C. § 1117(a), Working Concepts will require an accounting from Defendant of all monies generated from the distribution and/or sale of the Infringing Uses as alleged herein.

23. Working Concepts has no adequate remedy at law and has suffered and continues to suffer irreparable harm and damage as a result of the above-described acts of infringement. Working Concepts is informed and believes, and upon that basis alleges, that, unless enjoined by the Court the unlawful infringement will continue with irreparable harm and damage to Working Concepts. Accordingly, Working Concepts seeks and requests preliminary and permanent injunctive relief pursuant to 15 U.S.C. § 1116.

## SECOND CLAIM FOR RELIEF
### (Lanham Act – Unfair Competition/Passing Off)

24. Working Concepts repeats and realleges all of the allegations contained in paragraphs 1 through 24, inclusive, as though fully set forth herein.

25. Working Concepts' claim arises under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

COMPLAINT - 6
Case No.

CHERNOFF VILHAUER LLP
111 SW Columbia Street, Suite 725
Portland, OR 97201
Phone: (503) 227-5631
Fax (503) 228-4373
Email: sdp@chernofflaw.com

26. As a direct result of Working Concepts' longstanding use, sales, advertising, and marketing, the public has come to identify Working Concepts Trademarks with Working Concepts and its respective products.

27. The products that Defendant has offered and/or sold and distributed duplicate and appropriate Working Concepts Trademarks and delude and confuse the public into believing that Working Concepts approved, authorized, or sponsored the products sold, offered for sale, advertised or distributed by Defendant.

28. Defendant, by misappropriating and using the likenesses of Working Concepts Trademarks in connection with the sale of products that directly compete with products manufactured, sold, and distributed by Working Concepts and branded with Working Concepts Trademarks, has passed off its products as those of Working Concepts and has misrepresented and will continue to misrepresent and falsely describe to the general public the origin and sponsorship of Defendant's products. Defendant has caused such products to enter into commerce willfully with full knowledge of the falsity of the designation of their origin and description and representation in an effort to mislead the purchasing public into believing that their products are authorized by Working Concepts.

29. These acts constitute a violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

30. Defendant has obtained gains, profits, and advantages as a result of their unlawful acts.

31. Working Concepts has been damaged as a result of Defendants' acts and will continue to be damaged unless Defendant is enjoined by this Court.

COMPLAINT - 7
Case No.

**CHERNOFF VILHAUER LLP**
111 SW Columbia Street, Suite 725
Portland, OR 97201
Phone: (503) 227-5631
Fax (503) 228-4373
Email: sdp@chernofflaw.com

## THIRD CLAIM FOR RELIEF
(Common Law Trademark Infringement)

32. Working Concepts repeats and re-alleges all of the allegations contained in paragraphs 1 through 32, inclusive, as though fully set forth herein.

33. This claim arises under the common law.

34. By reason of Working Concepts' prior adoption and uses of the Working Concepts Trademarks, for the goods set out therein, Working Concepts has acquired common law rights in and to the Working Concepts Trademarks for those goods.

35. Defendants' use of HANDY MAT and the design of the ERGOKNEEL and Design trademark in connection with the sale and promotion of knee cushioning products has caused and is likely to cause confusion with the Working Concepts Trademarks. Working Concepts has been and will continue to be damaged by Defendant's Infringing Uses unless Defendant is enjoined from using the Working Concepts Trademarks.

36. Defendant's actions have been willful and malicious, with full knowledge of Working Concepts' trademark rights. As a consequence, Working Concepts is entitled to injunctive relief, damages, its costs, and Defendant's profits realized as a result of Defendant's infringing activities.

## FOURTH CLAIM FOR RELIEF
(Common Law Unfair Competition)

37. Working Concepts repeats and re-alleges all of the allegations contained in paragraphs 1 through 37, inclusive, as though fully set forth herein.

38. This claim arises under the common law.

COMPLAINT - 8
Case No.

CHERNOFF VILHAUER LLP
111 SW Columbia Street, Suite 725
Portland, OR 97201
Phone: (503) 227-5631
Fax (503) 228-4373
Email: sdp@chernofflaw.com

39. As a direct result of Working Concepts' longstanding use, sales, advertising, and marketing, the public has come to identify the Working Concepts Trademarks with Working Concepts and its respective products.

40. The products and services that Defendant has offered and/or sold and distributed duplicate and appropriate Working Concepts Trademarks and delude and confuse the public into believing that Working Concepts approved, authorized, or sponsored the products sold, offered for sale, or distributed by Defendant.

41. Defendant, by misappropriating and using the likeness of Working Concepts Trademarks in connection the advertisement, distribution, and sale of knee cushioning products, is misrepresenting and will continue to misrepresent and falsely describe to the general public the origin and sponsorship of Defendant's products. Defendant has caused such products to enter into commerce willfully with full knowledge of the falsity of the designation of their origin and description and representation in an effort to mislead the purchasing public into believing that their products and services are authorized by Working Concepts.

42. These acts constitute unfair competition under the common law.

43. Defendant has obtained gains, profits, and advantages as a result of their unlawful acts.

44. Working Concepts has been damaged as a result of Defendants' acts and will continue to be damaged unless Defendant is enjoined by this Court.

## PRAYER FOR RELIEF

COMPLAINT - 9
Case No.

CHERNOFF VILHAUER LLP
111 SW Columbia Street, Suite 725
Portland, OR 97201
Phone: (503) 227-5631
Fax (503) 228-4373
Email: sdp@chernofflaw.com

WHEREFORE, Working Concepts prays for an Order:

A. That Defendant, its agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with Defendant, be immediately and permanently enjoined from:

1. Directly or indirectly infringing Working Concepts' Trademarks in any manner, including generally, but not limited to, manufacture, importation, distribution, advertising, selling and/or offering for sale any goods or services which infringe Working Concepts' Trademarks;

2. Manufacturing, distributing, advertising, selling and/or offering for sale knee cushioning or related products, or any other unauthorized product or service that depict, reproduce, copy or use the likenesses of or bear a confusing and/or substantial similarity to any of Working Concepts' Trademarks.

3. Manufacturing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers that depict, reproduce, copy or use the likenesses of or bear a confusing and/or substantial similarity to any of Working Concepts' Trademarks;

4. Engaging in any conduct that tends to falsely represent, or is likely to confuse, mislead or deceive purchasers, Defendant's customers and/or members of the public to believe the actions of Defendant, the products and services sold or offered by Defendant, or Defendant itself are connected with Working Concepts, or are sponsored, approved, licensed, or are in some way affiliated by or with Working Concepts;

COMPLAINT - 10
Case No.

CHERNOFF VILHAUER LLP
111 SW Columbia Street, Suite 725
Portland, OR 97201
Phone: (503) 227-5631
Fax (503) 228-4373
Email: sdp@chernofflaw.com

5. Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods and services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Working Concepts.

6. Otherwise competing unfairly with Working Concepts in any manner;

B. Pursuant to 15 U.S.C. § 1118(b), that Defendant destroy or otherwise dispose of:

- Merchandise owned or in Defendant's control falsely bearing Working Concepts' Trademarks;

- Any other products that depict, reproduce, copy or use the likenesses of or bear a substantial similarity to Working Concepts' Trademarks;

- Any labels, packages, wrappers, containers or any other unauthorized promotional or advertising material item that depict, reproduce, copy, counterfeit, imitate or bear any of Working Concepts' Trademarks;

- Any molds, screens, patterns, plates, negatives or other elements used for making or manufacturing products bearing Working Concepts' Trademarks;

- Any sales and supply or customer journals, ledgers, invoices, purchase orders, inventory control documents, bank records, catalogs and all other business records, believed to concern the manufacture, purchase,

COMPLAINT - 11
Case No.

CHERNOFF VILHAUER LLP
111 SW Columbia Street, Suite 725
Portland, OR 97201
Phone: (503) 227-5631
Fax (503) 228-4373
Email: sdp@chernofflaw.com

advertising, sale or offering for sale of products or services related to the Infringing Uses;

C. That Defendants be required to pay actual damages increased to the maximum extent permitted by law and/or other applicable damages at Working Concepts' election;

D. That Defendants account for and pay to Working Concepts all damages sustained by Working Concepts and profits realized by Defendant by reason of Defendant's unlawful acts herein alleged and that those profits be increased as provided by law;

E. That actual damages be trebled pursuant to 15 U.S.C. § 1117(a);

F. That this is an exceptional case due to Defendants' willfully infringing conduct and that Working Concepts recover from Defendants its costs of this action and reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a); and

G. That Working Concepts' have all other further relief as the Court may deem just and equitable under the circumstances.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury on all claims and issues so triable.

DATED: December 20, 2016     By: _____
A. Powell Sanders, ABA 97015
SEXTON & SANDERS LAW FIRM, P.A.
17 No. 6th Street
Fort Smith, AR 72901
Phone (479) 782-3434; Fax (479) 782-0092

CHERNOFF VILHAUER LLP
111 SW Columbia Street, Suite 725
Portland, OR 97201
Phone: (503) 227-5631
Fax (503) 228-4373
Email: sdp@chernofflaw.com

COMPLAINT - 12
Case No.